UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EMILY GEORGE *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:18-CV-00512-JRG-DCP |
| | ) |
| WESTGATE RESORTS, LTD., L.P., | ) |
| | ) |
| Defendant. | ) |

## **MOTION TO WITHDRAW**

Plaintiffs' Counsel hereby files this motion with the Court requesting permission to withdraw as counsel of record, due to professional considerations which require termination of the representation as to all Plaintiffs.

Plaintiffs' Counsel avers: (1) that her initial notice of withdrawal was sent electronically on 7/1/2019, and (2) that on 12/13/2019, a copy of this Motion and notice of withdrawal, was sent, via USPS First Class Mail, to each individual Plaintiff, at their respective address listed below.

| Name | Address | Phone Number |
|---|---|---|
| Michael and Emily George; and Mitchell George | 6768 Purity Rd St. Louisville, OH 43071 | 614-257-8320 |
| Benjamin Fentress and Genelyn Bonsa | 126 Madeline Way Apt 223, White House, TN 37188 | 615-289-2042 |
| Joseph and Christy Lee | 127 Humbird St Cumberland, MD 21502 | 301-722-5182 (landline) 301-876-1508 (cell) |
| Jeff Anton and Tifani Eshoo-Anton | 2357 Stratford Ave Westchester, IL 60154 | 708-672-4862 (landline) 708-672-4862 (cell) |
| Steven and Ida Carruthers | 14540 Turnwood Place Charlotte Hall, MD 20622 | 301-422-4898 (landline) 301-526-2016 (cell) |
| Jeanne Bradley | PO Box 70254 Hennico, VA 23255 | 412-580-4731 |
| Maritza Reyes and Erick Lazo | 3201 Wuthering Cir Grand Prairie, TX 75052 | 972-693-8657 |
| James and Suszanne Caudell | 609 S Buchanan St., Danville, IL 61832 | 217-213-6997 (landline) 217-304-7156 (cell) |

1

| Nicole Cross | 21119 Bryant St., Canoga Park, CA, 91304 | 818-701-6113 (landline) 818-294-0510 (cell) |
|---|---|---|
| Brandon Robbins | 1620 Alexander St., Simi Valley, CA 93065 | 805-570-7415 |
| Katya Roque and Guido Diaz | 2385 SW 27TH St., Miami, FL 33133 | 305-445-4609 (landline) 305-773-0694 (cell) |
| Jacob and Lacey Guillotte | PO Box 675 Baldwin, LA 70514 | 337-924-9160 (landline) 337-578-8709 (cell) |
| Luiz Pedrosa and Catherine Simoes de Abreu Rua Carlos Weber | 790 Apt 181A, Vila Leopoldina São Paulo, Brazil | N/A |
| Ryan and Julia Petrie | 5300 Millcreek Cir Independence, KY 41051 | 859-581-1319 (landline) 859-322-6800 (cell) |
| Sheila Maita and Julissa Santana | 104 Reservoir Ave Jersey City, NJ 07307 | 201-222-6549 (landline) 201-892-9261 (cell) |
| Vanessa Shepherd Williams | 1422 Milan Ave Akron, OH 44320 | 330-665-3171 |
| Michael and Karen Sosak | 110 Orchard Hilands Drive Venetia, PA 15367 | 412-974-1000 (cell) 412-592-8852 (cell) |
| Justin and Leslie Coker | 2622 Mission Ridge Drive Murfreesboro, TN 37130 | 615-452-7230 (landline) 307-399-4393 (cell) |
| Shakeysha, Jacquelyne, and John Shelton | 2525 W 39th Ave Pine Bluff, AR 71603 | 870-879-1162 (cell) 870-413-1394 (cell) 870-510-3174 (cell) |
| Carmindo and Stephanie Vallecio | 7517 Pebble Beach Rd Fort Myers, FL 33967 | 918-261-9065 |
| Latoya Nettles and Gregory Winn | 291 Scarlet Oak Run Clayton, NC 27520 | 334-294-9424 |

Plaintiffs also hereby move the Court to stay district court proceedings in this case pending Plaintiffs' securement of replacement counsel, which they anticipate will take 30 days.

Respectfully Submitted on 12/30/2019,

s/Jessica Stewart

Jessica Stewart (BPR No. 034361)
P.O. Box 31242
Knoxville, TN 37930
(865) 255-3335